UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

SOUTHERN-OWNERS INSURANCE
COMPANY,

        Plaintiff,

v.

CHADWICK COVE, LLC; RAYMOND
OROZCO; CHADWICK COVE BOAT RENTALS, LLC
f/k/a CHADWICK COVE BOAT RENTAL "LLC",
Individually and a/a/o Angela Keel; and
GULF ISLAND TOURS, LLC, d/b/a Chadwick Cove
Boat Rentals.

        Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, Southern-Owners Insurance Company ("Southern-Owners") by and through undersigned counsel, and pursuant to 28 U.S.C. §2201 and Florida Statute §86.011, hereby files this Complaint for Declaratory Judgment against Defendants, Chadwick Cove, LLC ("Chadwick Cove Marina"), Raymond Orozco ("Orozco"), Chadwick Cove Boat Rentals, LLC f/k/a Chadwick Cove Boat Rental "LLC", individually and a/a/o Angela Keel ("Keel"), and Gulf Island Tours, LLC d/b/a Chadwick Cove Boat Rentals ("Gulf Island"), and states as follows:

## JURISDICTION & VENUE

1.      This is an action for Declaratory Relief to determine coverage under an insurance policy.

2.      This Court has jurisdiction under 28 U.S.C §1332 because the citizenship of Plaintiff and each Defendant is diverse and the amount in controversy exceeds $75,000.00.

3.      Furthermore, jurisdiction is invoked pursuant to 28 U.S.C. §2201 which provides that "in a case of actual controversy within its jurisdiction ... any court of the United States, upon filing of an appropriate pleading, may declare the rights and other legal relations of any interested parties seeking such declaration, whether or not further relief is our could be sought."

4.      The amount in controversy is well in excess of $75,000, to wit, the underlying plaintiffs have sent correspondence asserting that their damages exceed $500,000.

5.      The Southern-Owners policy at issue provide $1 million in coverage for personal injury and/or advertising injury.

6.      Venue is proper in this division of the Middle District Court of Florida pursuant to 28 U.S.C. §1391 (b), (c), and (d) in that the acts, events and omissions upon which this Declaratory action is based, occurred in the Middle District of Florida; the Underlying Action is venued in Charlotte County (Florida) Circuit Court, and the policy was issued in the Middle District of Florida.

## PARTIES & INTRODUCTION

7.    At all times material hereto Southern-Owners was and is a Michigan Corporation, incorporated in the State of Michigan, and having its principal place of business in Lansing, Michigan, and is therefore a citizen of Michigan.

8.    At all times material hereto Chadwick Cove LLC was and is a Florida Limited Liability Company with its principle address in Englewood, Florida.

9.    Chadwick Cove LLC is made up of two managing members: 1) Raymond Orozco and 2) Pamela Orozco.

10.    At all times material hereto, Raymond Orozco was and is a citizen of the State of Florida, and residing in Florida.

11.    At all times material hereto, Pamela Orozco was and is a citizen of the State of Florida, and residing in Florida.

12.    Therefore, Chadwick Cove LLC is a citizen of the State of Florida.

13.    Chadwick Cove LLC is an interested party as it is a defendant in the Underlying Action and has made a claim for coverage under the Southern-Owners policy.

14.    Raymond Orozco is an interested party as he is a named insured under the Southern-Owner's policy and a defendant in the Underlying Action.

15.    At all times material hereto Chadwick Cove Boat Rentals, LLC, was a Florida Limited Liability Company with its principle address in Port Charlotte, Florida.

16.    Chadwick Cove Boat Rentals, LLC is made up of one member, Angela Keel.

17. At all times material hereto Angela Keel was and is a citizen of the State of Florida, and residing in Florida.

18. Therefore, Chadwick Cove Boat Rentals, LLC is a citizen of the State of Florida.

19. Chadwick Cove Boat Rentals, LLC is an interested party as it is a plaintiff in the Underlying Action.

20. At all times material hereto, Gulf Island Tours, LLC was a Florida Limited Liability Company with its principle address in Cape Haze, Florida.

21. Gulf Island Tours, LLC is made up of one member, Angela Keel.

22. At all times material hereto Angela Keel was and is a citizen of the State of Florida, and residing in Florida.

23. Therefore, Gulf Island Tours, LLC is a citizen of the State of Florida.

24. Gulf Island Tours, LLC is an interested party because it is a plaintiff in the Underlying Action.

25. Chadwick Cove Boat Rentals, LLC and Gulf Island Tours (collectively, "underlying plaintiffs") filed a lawsuit in Charlotte County Case #2018-CA-000863, *Chadwick Cove Boat Rentals, LLC, et al v. Chadwick Cove, LLC, et al.*, alleging damages and seeking injunctive relief against Chadwick Cove LLC and Raymond Orozco. ("Underlying Action") [Exhibit A- Second Amended Complaint in Underlying Action].

26. The Underlying Action alleges that since 2014, Angela Keel, either individually, or through Chadwick Cove Boat Rental, LLC, Chadwick Cove Boat

Rentals, LLC, and/or Gulf Island Tours, LLC, has been in the business of providing boat rentals.

27.    The Underlying Action alleges that Chadwick Cove Boat Rentals registered the domain name www.chadwickcoveboatrentals.com on or about January 26, 2015.

28.    The Underlying Action alleges that Angela Keel is the registered owner of the service mark "Chadwick Cove Boat Rentals," which is registered with the U.S. Patent and Trademark Office.

29.    The Underlying Action alleges that Chadwick Cove Marina owns and/or operates a marina which is in the business of leasing space to boat owners and businesses.

30.    The Underlying Action alleges that Orozco owns and/or operates Chadwick Cove Marina.

31.    The Underlying Action alleges that in 2013, the underlying plaintiffs entered into a lease agreement with Chadwick Cove Marina in which they leased dock space to operate their boat rental business.

32.    The Underlying Action alleges that in December 2016, Chadwick Cove Marina / Orozco began offering boat tours out of Chadwick Cove Marina's property and calling themselves Chadwick Cove Boat Rentals.

33.    The Underlying Action alleges that in January 2017, the underlying plaintiff's moved their business out of the Chadwick Cove Marina.

34.    The Underlying Action alleges that around that time, Orozco registered the domain name www.chadwickcoveboatrental.com.

35.    The Underlying Action alleges that this domain name is identical to the underlying plaintiff's domain name, without the letter "s" at the end of the domain.

36.    The Underlying Action alleges that on or about February 8, 2017, Orozco filed an application for registration of fictitious name, listing Chadwick Cove LLC as the owner of the fictitious name, "Chadwick Cove Boat Rental."

37.    The Underlying Action raises various claims against Chadwick Cove Marina and Orozco stemming from their use of the name "Chadwick Cove Boat Rental," and or use of the domain name www.chadwickcoveboatrental.com.

38.    The Underlying Action contains the following counts against Chadwick Cove Marina and Orozco:

- Count I- Tortious Interference with a business relationship

- Count II- Cybersquatting

- Count III- Violation of Florida's Deceptive and Unfair Trade Practices Act (damages)

- Count IV- Violation of Florida's Deceptive and Unfair Trade Practices Act (injunctive relief)

- Count V- Common Law Trade Name Infringement (Injunctive Relief)

- Count VI- Trademark Dilution under Florida Statute 495.151 (damages and injunctive relief)

- Count VII- Defamation Per Se

- Count VIII- Lanham Act- False Designations

- Count IX- Dilution

- Count X- Lanham Act- Infringement of Registered Mark

39.    Southern-Owners issued a Commercial General Liability ("CGL") Policy of insurance to Raymond and Pamela Orozco, policy #972312-20549056. [Exhibit B-Southern-Owners CGL Policy].

40.    Chadwick Cove Marina and Orozco have submitted a claim for coverage to Southern-Owners in regards to the allegations against them in the Underlying Action.

41.    Southern-Owners is providing a defense to Chadwick Cove Marina and Orozco under a reservation of rights and is uncertain as to whether the damages alleged against them are covered under the policy.

## RELEVANT POLICY PROVISIONS

42.    The Southern-Owner's policy provides:

SECTION I- COVERAGES

COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. Insuring Agreement

a. We will pay those sums the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. . .

COVERAGE B. PERSONAL INJURY AND ADVERTISING INJURY LIABILITY

1. Insuring Agreement

a. We will pay those sums the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. . .

43.    The policy contains the following definitions:

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segment about your goods, products, or services for the purpose of attracting customers or supporters. For the purpose of this definition:

    a. Notices that are published include material placed on the internet or on similar electronic means of communication; and

    b. regarding web-sites, only that part of a website that is about your goods, products or services for the purpose of attracting customers or supporters is considered an advertisement.

2. "Advertising injury" means injury arising out of one or more of the following offenses:

    a. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services in your "advertisement";

    b. Oral or written publication, in any manner, of material that violates a person's right of privacy in your "advertisement";

    c. The use of another's advertising idea in your "advertisement"; or

    d. Infringing upon another's copyright, "trade dress" or slogan in your advertisement.

4. "Bodily injury" means bodily injury, bodily sickness or bodily disease sustained by a person, including death resulting from any of these at any time.

15. "Personal injury means other than "bodily injury" arising out of one or more of the following offenses:

    a. False arrest, detention or imprisonment;
    b. Malicious prosecution;
    c: The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies.
    committed by or on behalf of its owner, land/ardor lessor; •

d, Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication; in any manner, of material that violates a person's right of privacy.

18. "Property damage" means:

a. Physical injury to tangible property including all resulting loss of use of that property. . .

b. Loss of use of tangible property that is not physically injured. . .

23. "Trademark" means any registered or unregistered word, name, symbol, sign, device or any combination thereof used to identify or distinguish a person's or organizations goods, products or services from those of others and to indicate or identify the origin or source of such goods, products or services, even if the origin or source is unknown. "Trademark" includes registered "trade dress" and "trade dress" which is used with or incorporates any "trademark."

## RELEVANT POLICY EXCLUSIONS

44.    The Southern-Owners policy contains the following relevant exclusions:

2. Exclusions

This insurance does not apply to "personal injury" or "advertising injury"

**a. Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

(1) Caused by or at the direction of any insured with the knowledge that the act would violate the rights of another and would inflict "personal injury" or "advertising injury" or

(2) Expected or intended by any insured. This exclusion **a.(2),** does not apply to "personal injury".

**b. Material Published with Knowledge of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

### i. Infringement Of Copyright, Patent, Trademark Or Trade Secret

Arising out of the infringement of copyright, patent, "trademark", trade secret or other intellectual property rights.

However; this exclusion does not apply to infringement, in your "advertisement of copyright, "trade dress;, or slogan.

### l. Unauthorized Use Of Another's Name Or Product

Arising out of the unauthorized use of another's name or product in your Email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

45.    Southern-Owners interests in this declaration of rights are actual, present, adverse and antagonistic to the Defendants, as Southern-Owners believes that there is no coverage under the Policy.

46.    Southern-Owners seeks this declaratory relief in order to determine and enforce contractual/legal rights under the above policy of insurance and the applicable law, and not merely to seek legal advice from this Honorable Court.

## COUNT I - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT I OF UNDERLYING ACTION (Tortious Interference with a business relationship)

47.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

48.    In Count I of the Underlying Action, the underlying plaintiffs seek damages against Chadwick Cove Marina / Orozco for Tortious Interference with a business relationship.

49.   In Count I of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina / Orozco intentionally and unjustifiably interfered with the Plaintiffs' business relationships by conduct, including, but not limited to:

　　　　a.  misrepresenting to the Search Engines that they were the Plaintiffs;

　　　　b.  causing the contact information listed for the Plaintiffs through the Search Engines to be changed to contact information for the Defendants;

　　　　c.  creating and using a website with a deceptively similar name to the Plaintiffs' website; and

　　　　d.  misrepresenting to customers that contacted Defendant that they were actually the Plaintiffs,

all of which was done to intentionally divert the Plaintiffs' business to the Defendants.

50.   The Southern-Owners policy only provides coverage for damages the insured is legally obligated to pay because of "bodily injury", "property damage", "personal injury" and/or "advertising injury" covered by the policy.

51.   The allegations in the Count I of the Underlying Action do not allege any "bodily injury", "property damage", "personal injury" and/or "advertising injury", as those terms are defined in the policy.

52.   Even if the allegations were considered to allege "bodily injury", "property damage", "personal injury" and/or "advertising injury", the allegations fall within one of the following policy exclusions:

**a. Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

**b. Material Published with Knowledge of Falsity**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

53.    Therefore, there is no coverage under the Southern-Owners policy for the damages alleged in Count I of the Underlying Action.

WHEREFORE, Plaintiff, Southern-Owners respectfully requests that the Court grant the following relief:

(a) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owners policy for any damages alleged in Count I of the Underlying Action.

(c) Award any other relief deemed just and proper.

## COUNT II - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT II OF UNDERLYING ACTION (Cybersquatting)

54.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

55.    In Count II of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina / Orozco registered, trafficked in, and /or utilized the domain name www.chadwickcoveboatrental.com, and that it is identical, confusingly similar to, and/or dilutive of plaintiff's domain name, www.chadwickcoveboatrentals.com and plaintiff's service mark "Chadwick Cove Boat Rentals."

56.   The underlying plaintiff's seeks damages as a result of the above referenced alleged conduct of Chadwick Cove Marina / Orozco.

57.   The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the infringement of any "trademark," and/or 2) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

58.   All of the allegations in Count II of the Underlying Action fall within one of the following policy exclusions:

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

59.   Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count II of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(a) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count II of the Underlying Action.

(c) Award any other relief deemed just and proper.

**COUNT III - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT III OF UNDERLYING ACTION** (Violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA") (seeking damages))

60.     Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

61.     In Count III of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina / Orozco violated Florida Statute §501.204 by:

> a) using the trade name "Chadwick Cove Boat Rentals" or a similar name;
> b) creating a fictitious entity with a similar name as Plaintiffs', and utilizing that entity in order to cause confusion in the marketplace;
> c) creating and utilizing a deceptively similar domain name as the Plaintiffs';
> d) telling customers that they are Chadwick Cove Boat Rentals or otherwise misdirecting members of the public about the status of Chadwick Cove Boat Rentals;
> e) using advertisements of a similar design and in a similar location as Plaintiffs';
> f) causing the Search Engines to captain false and/or misleading information about the Plaintiff's business
> g) Upon request, failing to turn over to Plaintiffs the Google postcards required by Plaintiff to reclaim their business listings; and/or
> h) Opening Plaintiffs' mail, including the Google postcard(s), in order to obtain a confidential PIN code to effectively steal Plaintiffs' Google business listing.

62.     The underlying plaintiff's seeks damages against Chadwick Cove Marina / Orozco as a result of the above referenced alleged conduct.

63.     The allegations in Count III of the Underlying Action 1) do not fall within the policy's definition of "bodily injury", "property damage", "personal injury" and/or "advertising injury", and/or 2) fall within one of the policy's exclusions.

64.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the oral or written publication of material, if done by the insured with knowledge of its falsity, 2) the infringement of any "trademark," and/or 3) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

65.    All of the allegations in Count III of the Underlying Action fall within one of the following policy exclusions:

> **b. Material Published with Knowledge of Falsity**
>
> **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**
>
> **l. Unauthorized Use Of Another's Name Or Product**

66.    Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count III of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

> (b) Take Jurisdiction over this matter;
>
> (b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count III of the Underlying Action.
>
> (c) Award any other relief deemed just and proper.

**COUNT IV - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT IV OF UNDERLYING ACTION** (Violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA") (Injunctive Relief))

67.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

68.    In Count IV of the Underlying Action, the underlying plaintiffs seek injunctive relief against Chadwick Cove Marina / Orozco seeking to enjoin them from:

> a. Using the domain www.chadwickcoveboatrental.com;
> b. Representing to any third persons that they are or are affiliated with Plaintiffs;
> c. Causing any third party, including but not limited to, the Search Engines, to alter contact information for Plaintiffs;
> d. Interfering with the Plaintiffs' attempts to correct information with the Search Engines;
> e. Taking any other action to misrepresent to the public that the Defendants are affiliated with the Plaintiffs; and/or
> f. Requiring Defendants to take such actions as are necessary to restore the correct contact information for Plaintiffs' business on the Search Engines.

69.    The allegations in Count III of the Underlying Action 1) do not seek damages for "bodily injury", "property damage", "personal injury" and/or "advertising injury", and/or 2) fall within one of the policy's exclusions.

70.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the oral or written publication of material, if done by the insured with knowledge of its falsity, 2) the infringement of any "trademark," and/or 3) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

71.    All of the allegations in Count IV of the Underlying Action fall within one of the following policy exclusions:

**b. Material Published with Knowledge of Falsity**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

72.    Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count IV of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(c) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count IV of the Underlying Action.

(c) Award any other relief deemed just and proper.

**COUNT V - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT V OF UNDERLYING ACTION** (Common Law Trade Name Infringement (Injunctive Relief))

73.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

74.    In Count V of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina / Orozco's use of a tradename, website, and advertising similar to that of Plaintiffs has caused, and/or is likely to cause, Plaintiffs' customers to transact,

and attempt to transact, business with the Defendants under the mistaken impression or belief that they were/are transacting business with Plaintiffs.

75.     The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the infringement of any "trademark," and/or 2) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

76.     All of the allegations in Count V of the Underlying Action fall within one of the following policy exclusions:

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

77.     Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count V of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(d) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count V of the Underlying Action.

(c) Award any other relief deemed just and proper.

**COUNT VI - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT VI OF UNDERLYING ACTION** (Trademark Dilution under Florida Statutes 495.151)

78.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

79.    In Count VI of the Underlying Action, the underlying plaintiffs allege:

- o  Plaintiffs are the owners of the "mark", "Chadwick Cove Boat Rentals", as that term is defined by Florida Statute §495.011(7).
- o  "Chadwick Cove Boat Rentals" is a "trade name" of the Plaintiffs, as that term is defined by Florida Statute §495.011(12) and the Defendants' have used the mark *or trade name* for commercial use.
- o  Plaintiffs are entitled to injunctive relief and damages pursuant to Florida Statute §495 .151 (2), as Defendants' improper actions, as set forth above, are an intentional attempt by Defendants to trade upon Plaintiffs' reputation and business good-will, and have caused or are likely to cause dilution of the distinctive quality of Plaintiffs' mark and trade name by diminishing the capacity to identify and distinguish Plaintiffs' services.

80.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) advertising injury that is expected or intended by any insured, 2) the infringement of any "trademark," and/or 3) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

81.    All of the allegations in Count VI of the Underlying Action fall within one of the following policy exclusions:

**a. Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

82.    Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count VI of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(e) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count VI of the Underlying Action.

(c) Award any other relief deemed just and proper.

## COUNT VII - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT VII OF UNDERLYING ACTION (Defamation Per Se)

83.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

84.    In Count VII of the Underlying Action, the underlying plaintiffs allege "defamation per se", asserting that "false statements made by Defendants regarding Plaintiffs' business constitutes defamation per se, in that said statements injured Plaintiffs in their business capacity."

85.    The Underlying Action states that when potential and current customers of the underlying plaintiff would call the marina looking for the plaintiffs, Chadwick Cove Marina / Orozco made misrepresentations that the plaintiffs were unavailable, that the plaintiffs had no boat rentals available, and/or otherwise made false representations in association with inducing those customers to instead utilize their boat company.

86.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) personal injury caused by any insured with knowledge that the act would violate the rights of another and inflict personal injury and/or 2) arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity the infringement.

87.    All of the allegations in Count VII of the Underlying Action fall within one of the following policy exclusions:

**a. Knowing Violation Of Rights Of Another Or Expected Or Intended Injury**

**b. Material Published with Knowledge of Falsity**

88.    Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count VII of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(f) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count VII of the Underlying Action.

(c) Award any other relief deemed just and proper.

**COUNT VIII - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT VIII OF UNDERLYING ACTION** (Lanham Act- False Designations)

89.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

90.    In Count VIII of the Underlying Action, the underlying plaintiffs allege:

- That Defendant, through the foregoing conduct, including but not limited to:
  - o    "using the trade name "Chadwick Cove Boat Rentals";
  - o    creating a fictitious entity with a similar name as Plaintiffs';
  - o    utilizing a deceptively similar domain name as the Plaintiffs';
  - o    telling customers that he is "Chadwick Cove Boat Rentals";
  - o    using advertisements of a similar design and in a similar location as Plaintiffs'; and
  - o    causing the Search Engines to contain false and/or misleading information about the Plaintiffs' business

has used in commerce a word, term, name, symbol or device, or any combination thereof, or a false designation of origin, false or misleading description of fact, or false *or* misleading representation of fact which . . .is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, *or* association of such person with another person . .

91.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) material published with knowledge of its falsity, 2) the infringement of any "trademark," and/or 3) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

92.    All of the allegations in Count VIII of the Underlying Action fall within one of the following policy exclusions:

**b. Material Published with Knowledge of Falsity**

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

93.    Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count VIII of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(g) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count VIII of the Underlying Action.

(c) Award any other relief deemed just and proper.

## COUNT IX - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT IX OF UNDERLYING ACTION (Dilution)

94.    Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

95.    In Count IX of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina/ Orozco's use of the mark or trade name "Chadwick Cove Boat Rentals" in commerce has caused, and is likely to cause, dilution by blurring or dilution by garnishment of the mark.

96.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the infringement of any "trademark," and/or 2) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

97.    All of the allegations in Count IX of the Underlying Action fall within one of the following policy exclusions:

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

98.     Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count IX of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(h) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count IX of the Underlying Action.

(c) Award any other relief deemed just and proper.

## COUNT X - DECLARATORY RELIEF REGARDING COVERAGE FOR COUNT X OF UNDERLYING ACTION (Lanham Act- Infringement of Registered Mark)

99.     Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

100.    In Count X of the Underlying Action, the underlying plaintiffs allege that Chadwick Cove Marina / Orozco, without the consent of Angela Keel, reproduced, counterfeited, copied, or colorably imitated the registered mark of Angela Keel, and applied such reproduction, counterfeit, or colorable imitation to labels, signs, prints, or other advertisements intended to be used in commerce upon *or* in connection with the sale, offering for sale, distribution, or advertising of goods or services.

101.    The Southern-Owner's policy specifically excludes coverage for damages arising out of 1) the infringement of any "trademark," and/or 2) the unauthorized use of another's name or product in your email address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

102. All of the allegations in Count X of the Underlying Action fall within one of the following policy exclusions:

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

**l. Unauthorized Use Of Another's Name Or Product**

103. Therefore, there is no coverage under the Southern-Owner's policy for any damages alleged in Count X of the Underlying Action.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(i) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any damages alleged in Count X of the Underlying Action.

(c) Award any other relief deemed just and proper.

## COUNT XI - DECLARATORY RELIEF REGARDING COVERAGE FOR CHADWICK COVE LLC

104. Southern-Owners repeats and restate the allegations set forth in paragraphs 1-46, above, as if fully stated herein.

105. The Southern-Owners policy was issued to Raymond and Pamela Orozco.

106. Chadwick Cove LLC is not a Named Insured on the policy.

107. Chadwick Cova LLC does not qualify as an insured under any portion of the policy.

108. Therefore, there is no coverage under the Southern-Owner's policy for any claims / damages alleged against Chadwick Cove LLC.

WHEREFORE, Plaintiffs, Southern-Owners respectfully requests that the Court grant the following relief:

(a) Take Jurisdiction over this matter;

(b) Enter an order that there is no coverage under the Southern-Owner's policy for any claims/ damages alleged against Chadwick Cove LLC in the Underlying Action.

(c) Award any other relief deemed just and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues so triable.

Dated this 7th day of January, 2020.

s/ Carri S. Leininger, Esq.
Carri S. Leininger, Esq. (eService@wlclaw.com)
Florida Bar No. 0861022
Jessica L. Gregory, Esq.
Florida Bar No. 92019
Attorney for Plaintiff Southern-Owners Insurance
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, Florida 33408
Telephone No. (561)615-5666
Facsimile No. (561)615-9606